UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

STEVEN DUANE DENT,

       Petitioner,

v.

STATE OF MICHIGAN,

       Respondent.
_____/

Case No. 1:18-cv-884

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: October 31, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge