UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STEVEN DUANE DENT,

        Petitioner,

v.

STATE OF MICHIGAN,

        Respondent.

_____/

Case No. 1:18-cv-884

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:   October 31, 2018                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge